## THE PEOPLE v. GEORGE H. BROWN, AND THE PEOPLE v. GEORGE GOOSEMAN.

### [Two cases.]

*Criminal law—Police court of Grand Rapids—Jurisdiction.*

These cases are ruled by *People v. Gooseman, ante,* 611.

Exceptions before judgment from superior court of Grand Rapids. (Burlingame, J.) Argued May 1, 1890. Decided May 9, 1890.

Respondents were convicted of keeping their saloons open on Sunday. Conviction affirmed, and court advised to proceed to judgment. The facts are stated in *People v. Gooseman, ante,* 611.

*Eggleston & McBride,* for respondents.

*B. W. Huston,* Attorney General, and *W. J. Stuart,*

Prosecuting Attorney (*Stuart, Knappen & Weaver*, of counsel), for the people.

PER CURIAM. These two cases are governed by *People v. Gooseman, ante*, 611, and the conviction in each is affirmed, and the superior court of Grand Rapids directed to proceed to judgment upon the verdict.